1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7

8 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAMALA PYAKUREL,<br><br>    Plaintiff,<br><br>    v.<br><br>LORI SCIALABBA, Director, USCIS Refugee, Asylum & International Operations (RAIO) Directorate; EMILIA BARDINI, Director USCIS - Asylum Office San Francisco; MICHAEL MUKASEY, U.S. Attorney General,<br><br>    Defendants. | No. C 09-2225 JSW<br><br>**STIPULATION TO EXTEND DATES; AND [~~PROPOSED~~] ORDER** |

  Plaintiff, by and through her attorney of record, and Defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

  1. Plaintiff filed this action on or about May 21, 2009. Defendants' response is due on July 31, 2009.

  2. Plaintiff is scheduled for an interview on her asylum application with the United States Citizenship and Immigration Services on July 29, 2009.

  3. Therefore, the parties hereby respectfully ask this Court for a 30-day extension of time within which the Defendants must serve its Answer in the above-entitled action. Defendants will

///

Stipulation to Extend Dates
C09-2225 JSW             1

1  file their Answer on or before August 31, 2009.

Date: July 15, 2009                                Respectfully submitted,

                                                   JOSEPH P. RUSSONIELLO
                                                   United States Attorney


                                                   _____/s/_____
                                                   ILA C. DEISS[1]
                                                   Assistant United States Attorney
                                                   Attorneys for Defendants


                                                   _____/s/_____
Date: July 17, 2009                                THERESIA C. SANDHU
                                                   Attorney for Plaintiff

**ORDER**

   Pursuant to stipulation, IT IS SO ORDERED.

Date:   July 17, 2009                              _____
                                                   JEFFREY S. WHITE
                                                   United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Extend Dates
C09-2225 JSW                              2