JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAMALA PYAKUREL,<br><br>      Plaintiff,<br><br>      v.<br><br>LORI SCIALABBA, Director, USCIS Refugee, Asylum & International Operations (RAIO) Directorate; EMILIA BARDINI, Director USCIS - Asylum Office San Francisco; MICHAEL MUKASEY, U.S. Attorney General,<br><br>      Defendants. | No. C 09-2225 JSW<br><br>**STIPULATION TO BRIEFING SCHEDULE; and [PROPOSED] ORDER** |

Plaintiff filed a Form I-589 application with the United States Citizenship and Immigration Services (USCIS) on or about on June 21, 2004. Plaintiff filed an action in this Court on May 21, 2009. The Defendants filed their response to Plaintiff's complaint on September 1, 2009. The parties hereby propose the following briefing schedule:

| | |
|---|---|
| Plaintiff's Motions for Summary Judgment: | October 30, 2009 |
| Defendant's Opposition and Cross-Motion: | November 13, 2009 |
| Plaintiff's Opposition and Reply: | November 20, 2009 |
| Defendants' Reply: | November 27, 2009 |
| Hearing: | **December 11, 2009, at 9:00 a.m.** |

Stipulation to Briefing Schedule
C09-2225 JSW                            1

| | | |
|---|---|---|
| 1 | Date: September 25, 2009 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>ILA C. DEISS[1] |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |

Date: September 25, 2009    _____/s/_____
THERESA C. SANDHU
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    September 29, 2009    _____
JEFFREY S. WHITE
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Briefing Schedule
C09-2225 JSW                                    2