JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAMALA PYAKUREL, | ) No. C 09-2225 JSW |
|         Plaintiff, | ) |
|         v. | ) **STIPULATION TO DISMISS; AND** |
| LORI SCIALABBA, Director, USCIS Refugee, Asylum & International Operations (RAIO) Directorate; ET AL., | ) [~~PROPOSED~~] **ORDER** |
|         Defendants. | ) |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because Plaintiff's asylum application has been referred an Immigration Judge for review and Defendants no longer have jurisdiction over the application.

///

///

///

///

Stipulation to Dismiss
C09-2225 JSW                               1

Each of the parties shall bear their own costs and fees.

Date: October 6, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Date: October 6, 2009

_____/s/_____
THERESA C. SANDHU
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 8, 2009

_____
JEFFREY S. WHITE
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C09-2225 JSW                                    2